

# Fourth Court of Appeals
## San Antonio, Texas

September 10, 2018

No. 04-18-00584-CV

**IN RE** John M. **DONOHUE**

Original Mandamus Proceeding[1]

**ORDER**

Sitting:      Karen Angelini, Justice
                Rebeca C. Martinez, Justice
                Luz Elena D. Chapa, Justice

On August 29, 2018, this court issued an opinion denying relator's petition for writ of mandamus. On September 1, 2018, relator filed a motion for rehearing. After considering the motion, relator's motion is hereby DENIED.

It is so **ORDERED** on September 10, 2018.

PER CURIAM

ATTESTED TO: _____
Keith E. Hottle,
Clerk of Court

---

[1] This proceeding arises out of Cause No. 2012-CI-19573, styled *Martha Donohue v. John M. Donohue*, pending in the 225th Judicial District Court, Bexar County, Texas, the Honorable Peter Sakai presiding.